UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RAYMOND LYNCH :
VS. : C.A. NO. 06-409T
% PELLISSEY :

MOTION FOR SERVICE

THE PLAINTIFF, RAYMOND LYNCH, IN THE ABOVE-ENTITLED MATTER HEREBY REQUESTS THAT THE COURT ORDER A COPY OF THE COMPLAINT BE SERVED TO THE DEFENDANT BY THE U.S. MARSHALLS FOR THE FOLLOWING REASONS:

1. PLAINTIFF FEELS THAT DEPT. OF CORRECTIONS EMPLOYEES HAVE RECEIVED AND THROWN OUT A COPY OF THE COMPLAINT WITH SUMMONS FORM.
2. D.O.C. EMPLOYEES WERE TEASING THE PLAINTIFF OUTSIDE HIS CELL THAT THE "LAWSUIT HAS BEEN TOSSED."
3. THE CLOCK IS TOLLING.
4. PLAINTIFF FEELS THAT SERVICE BY MARSHALLS WILL BE THE SUREST WAY TO SERVE THE DEFENDANT AT THIS TIME.

THE PLAINTIFF PRAYS THAT THIS HONORABLE COURT SHALL GRANT THIS MOTION.

NOVEMBER 1, 2006

Raymond Lynch, PRO SE
RAYMOND LYNCH
BOX 8200
CRANSTON, R.I. 02920