**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RAYMOND LYNCH**

**v.** **C.A. No. 06 - 409 T**

**C/O PELISSEY**

# ORDER

This matter is before the Court on the motion of the *pro se* plaintiff to have the U.S. Marshals Service serve the named defendant - Correctional Officer Pelissey. Said motion is hereby **GRANTED.**

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
November 28, 2006