**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Raymond Lynch** | : | |
| | : | |
| **vs.** | : | **C.A. No.: 06-409T** |
| | : | |
| **Correctional Officer Pelissey** | : | |

# DEFENDANT'S MOTION TO DISMISS

Now comes the Defendant, Correctional Officer Pelissey, by and through counsel, and for the reasons argued herein, submits that the Plaintiff has failed to state a claim upon which relief may be granted. Defendant respectfully requests that the Court dismiss this matter.

Respectfully submitted:

/s/ Patricia A. Coyne-Fague #5198
40 Howard Avenue
Cranston, RI 02920
(401) 462-0145
(401) 462-2583 *fax*

## Certification

I hereby certify that on the 18th day of December 2006 I sent a true copy of the within document to: Raymond Lynch, P.O. Box 8200, Cranston, RI 02920.

/s/ Patricia A. Coyne-Fague