UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LYNCH
VS.
C/O PELLISSEY

CASE NO. 06-409T

MOTION FOR AMENDED COMPLAINT

PURSUANT TO THE FED. R. CIVIL PROCEDURE, THE PLAINTIFF, RAYMOND LYNCH, HEREBY REQUESTS THAT THE COURT SHALL ENTER THE ATTACHED AMENDED COMPLAINT, WITH THE FOLLOWING ADDITIONS:

1. ON PAGE 3, PARAGRAPH 22 (a)
2. ON PAGE 4, PARAGRAPH 25 - WITH "22 (a)" ADDED.
3. ON PAGE 4, PARAGRAPH C - WITHOUT SPECIFIED DEMANDS OF RELIEF.

PLAINTIFF PRAYS THAT THIS HONORABLE COURT SHALL GRANT THIS MOTION.

MARCH 27, 2007

Raymond Lynch, PRO SE
RAYMOND LYNCH
BOX 8200
CRANSTON, R.I. 02920

CERTIFICATION

THIS CERTIFIES THAT A COPY OF THIS MOTION AND AMENDED COMPLAINT WERE SENT TO PATRICIA COYNE-FAGUE, 40 HOWARD AVE, CRANSTON, R.I. 02920 ON THE ABOVE DATE.