**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Raymond Lynch** | : | |
| | : | |
| **vs.** | : | **C.A. No.: 06-409T** |
| | : | |
| **Correctional Officer Pelissey** | : | |

**Defendant's Response to Plaintiff's Motion to Amend Complaint**

Now comes the Defendant, by and through his attorney, and hereby responds to Plaintiff's Motion to Amend his Complaint. Defendant does not object.

Respectfully submitted:

/s/ Patricia A. Coyne-Fague #5198
40 Howard Avenue
Cranston, RI 02920
(401) 462-0145
(401) 462-2583 *fax*

**Certification**

I hereby certify that on the 30th day of March 2007 I sent a true copy of the within document to: Raymond Lynch, P.O. Box 8200, Cranston, RI 02920.

/s/ Patricia A. Coyne-Fague