Case 1:06-cv-00409-T-JH Document 10-2 Filed 03/29/2007 Page 1 of 4

COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RAYMOND LYNCH :
VS. :
C/O PELLISSEY :

CASE NO. 06-409T

AMENDED CIVIL RIGHTS COMPLAINT

THIS IS CIVIL ACTION FILED PURSUANT TO 42 USCA 1983 BY THE PLAINTIFF, RAYMOND LYNCH, AN INMATE AT THE ADULT CORRECTIONAL INSTITUTIONS IN CRANSTON, RHODE ISLAND, ALLEGING VIOLATIONS OF HIS CONSTITUTIONAL RIGHTS BY THE NAMED DEFENDANT. THE PLAINTIFF IS SEEKING DECLARATORY JUDGEMENT AND INJUNCTIVE RELIEF. THE PLAINTIFF SEEKS A TRIAL BY JUDGE.

JURISDICTION

1. THIS IS A CIVIL RIGHTS ACTION PURSUANT TO 42 USCA 1983. THIS COURT HAS JURISDICTION UNDER 28 USCA 1331 AND 1343(3). THE PLAINTIFF ALSO INVOKES THE PENDENT JURISDICTION OF THIS COURT TO DECIDE AND HEAR MATTERS RELATING TO STATE LAW.

PARTIES

2. THE PLAINTIFF IS AN INCARCERATED INMATE AT THE ADULT CORRECTIONAL INSTITUTIONS IN CRANSTON, RHODE ISLAND. HE IS PRESENTLY HOUSED AND CLASSIFIED TO THE HIGH SECURITY CENTER.

3. DEFENDANT OFFICER PELLISSEY IS A SECOND

SHIFT CORRECTIONAL OFFICER AT THE MAXIMUM SECURITY FACILITY AT THE ADULT CORRECTIONAL INSTITUTIONS IN CRANSTON, RHODE ISLAND. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

4. ALL PARTIES HAVE ACTED UNDER COLOR OF STATE LAW AT ALL TIMES, RELEVANT TO THIS COMPLAINT.

FACTS

5. THAT I WAS WRITTEN UP IN A DISCIPLINARY REPORT ON JANUARY 20, 2006 BY C/O PELLISSEY FOR AN INFRACTION THAT ALLEGEDLY OCCURRED ON JANUARY 19, 2006.

6. THAT THERE IS NO EVIDENCE IN THE RECORD TO SUPPORT THE GUILTY VERDICT OF THE DISCIPLINARY BOARD OR THE WARDEN'S DENIAL OF MY APPEAL.

7. THAT I SPENT 30 DAYS IN PUNITIVE SEGREGATION WITH THE LOSS OF 30 GOOD-TIME CREDITS.

8. THAT THE SPECIAL INVESTIGATIONS UNIT (S.I.U.) CLASSIFIED ME SRG-1 (SECURITY RISK GROUP).

9. THAT THE CLASSIFICATION BOARD CLASSIFIED ME TO THE HIGH SECURITY CENTER ON C-STATUS.

10. THAT S.I.U. CALLS ME A "SEXUAL PREDATOR" ON MY DATA RECORD.

11. THAT I DID NOT "THREATEN, HARASS OR HAVE UNAUTHORIZED CONTACT", PER THE INFRACTION CHARGE, WITH INSTRUCTOR MARI DIAS ON THE 19TH OF JANUARY, 2006.

12. THAT I DIDN'T STAND IN THE LAW LIBRARY DOORWAY AND STARE INTO HER CLASS.

Case 1:06-cv-00409-T-JH Document 10-2 Filed 03/29/2007 Page 3 of 4

13. THAT C/O PELLISSEY NEVER SAID A WORD TO ME ON THE EVENING OF 1-19-06.

14. THAT, AT THE 7:30 p.m. MOVEMENT, I WALKED BY MARI DIAS' CLASSROOM WITH NO CONCERN SHOWN BY HER.

15. THAT SHE WAS STILL IN THE CLASSROOM AND EXITED AFTER I WENT BY.

16. THAT A SECURITY CAMERA WILL SHOW THIS TO BE TRUE.

17. THAT C/O PELLISSEY WAS STATIONED BY THE EXIT DOOR, BEFORE SHE LEFT HER CLASS, UNDER THE CAMERA.

18. THAT I STOPPED ABOUT 10 TO 12 FEET BEHIND HIM.

19. THAT MARI WALKED BY ME IN CONVERSATION WITH AN INMATE STUDENT, WITH NO WORDS OR CONCERN.

20. THAT C/O PELLISSEY NEVER ESCORTED HER TO THE EXIT.

21. THAT THERE IS NO PROBLEM BETWEEN MS. DIAS AND MYSELF TO WARRANT THE DISCIPLINE REPORT, SRG-1 RATING, C-STATUS, OR CLASSIFICATION TO THE HIGH SECURITY CENTER.

22. THAT I WAS WRITTEN UP IN A DISCIPLINE REPORT WITHOUT "SUBSTANTIAL EVIDENCE," PER THE MORRIS RULES.

22.(a) THAT NEW <u>CODE OF INMATE DISCIPLINE</u> POLICY 11.1-3 DOC IS ILLEGAL AND IN VIOLATION OF THE MORRIS RULES.

Case 1:06-cv-00409-T-JH Document 10-2 Filed 03/29/2007 Page 4 of 4

## CLAIMS

### FIRST CAUSE OF ACTION

23. THAT THE ACTIONS OF DEFENDANT C/O PELLISSEY, AS STATED IN PARAGRAPH 5 OF THIS COMPLAINT VIOLATED MY FOURTEENTH AMENDMENT RIGHTS TO DUE PROCESS.

### SECOND CAUSE OF ACTION

24. THAT THE ACTIONS OF DEFENDANT C/O PELLISSEY, AS STATED IN PARAGRAPH 5 OF THIS COMPLAINT, VIOLATED ARTICLE 1, SECTION 2 OF THE RHODE ISLAND CONSTITUTION.

25. THAT THE ACTIONS OF DEFENDANT C/O PELLISSEY, AS STATED IN PARAGRAPHS 5, 22, AND 22(a) OF THIS COMPLAINT, VIOLATED THE MORRIS RULES.

## RELIEF

WHEREFORE, THE PLAINTIFF REQUESTS THAT THIS HONORABLE COURT ENTER THE FOLLOWING RELIEF:

A. ISSUE DECLARATORY RELIEF AGAINST THE NAMED DEFENDANT STATING THAT HE DID VIOLATE THE PLAINTIFF'S CONSTITUTIONAL RIGHTS AND THE MORRIS RULES.

B. ISSUE INJUNCTIVE RELIEF AGAINST THE NAMED DEFENDANT STATING THAT HE SHOULD NOT WRITE UP ANY MORE UNSUBSTANTIATED DISCIPLINARY REPORTS.

C. GRANT ANY AND ALL OTHER RELIEF THAT THE PLAINTIFF ~~TIVE~~ MAY BE ENTITLED TO UNDER THE LAW.

SUBMITTED BY:

RAYMOND LYNCH
BOX 8200, CRANSTON, R.I. 02920

Raymond Lynch, PRO SE