UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RAYMOND LYNCH :
v. : C.A. NO. 06-409T
c/o PELLISSEY :

## NOTICE OF APPEAL

NOTICE IS GIVEN THAT RAYMOND LYNCH, PLAINTIFF, APPEALS TO DISTRICT JUDGE TORRES OF THE U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND, FROM THE REPORT AND RECOMMENDATION ENTERED IN THIS ACTION ON MAY 10, 2007.

MAY 15, 2007

Raymond Lynch, PRO SE
RAYMOND LYNCH
BOX 8200
CRANSTON, R.I. 02920

## CERTIFICATION

THE ABOVE-SIGNED SENT A COPY OF THIS NOTICE AND ACCOMPANYING OBJECTIONS TO PATRICIA A. COYNE-FAGUE, 40 HOWARD AVE., CRANSTON, R.I. ON THIS DATE.