**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Raymond Lynch** | : | |
| | : | |
| **vs.** | : | **C.A. No.: 06-409T** |
| | : | |
| **C.O. Pellissey** | : | |

DEFENDANT'S RESPONSE TO PLAINTIFF'S OBJECTION TO REPORT AND RECOMMENDATION

Now comes the Defendant in the above-entitled matter, by and through his attorney, and hereby submits that the Magistrate's Report and Recommendation ("R&R") issued on May 10, 2007, granting the Defendant's Motion to Dismiss should be adopted by this Court as correctly decided. Defendant submits that for all of the reasons argued within his Memorandum in Support of Motion to Dismiss, that the Plaintiff has failed to state a claim upon which relief may be granted, and that the Court lacks jurisdiction to hear claimed violations of the so-called "Morris Rules."

Therefore the Defendant respectfully requests that this Court adopt and affirm the Magistrate's Recommendation, granting Defendant's Motion to Dismiss.

Respectfully submitted:

/s/ Patricia A. Coyne-Fague #5198
40 Howard Avenue
Cranston, RI 02920
(401) 462-0145
(401) 462-2583 *fax*

**Certification**

I hereby certify that on the 21st day of May 2007, I sent a true copy of the within document by first-class mail postage pre-paid to: Raymond Lynch, P.O. Box 8200, Cranston, RI 02920.

/s/ Patricia A. Coyne-Fague