UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RAYMOND LYNCH
vs.
C/O PELLISSEY

CASE NO. 06-409T

MOTION FOR PROGRESS UPDATE

PLAINTIFF HEREBY MOVES FOR A STATEMENT OF PROGRESS ON PLAINTIFF'S NOTICE OF APPEAL AND WHEN A DECISION MAY BE ISSUED, APPROXIMATELY.

PLAINTIFF PRAYS THAT THIS HONORABLE COURT SHALL GRANT THIS MOTION.

JANUARY 5, 2008

Raymond Lynch, PRO SE

RAYMOND LYNCH
BOX 8200
CRANSTON, R.I. 02920

CERTIFICATION

THE ABOVE-SIGNED HEREBY CERTIFIES THAT A COPY OF THIS MOTION WAS SENT TO PATRICIA COYNE-FAGUE, 40 HOWARD AVE, CRANSTON, R.I. 02920 ON THE ABOVE DATE.