UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

RAYMOND LYNCH,

C.A. No. 06-409T

v.

C/O PELISSEY,

ORDER

In accordance with the Report and Recommendation of Magistrate Judge Jacob Hagopian, the defendant's motion to dismiss is granted except that dismissal of any state law claims for alleged violations of the Morris Rules is without prejudice to the plaintiff bringing these claims in state court.

ENTER:

Ernest C Torres

Ernest C. Torres
Senior U.S. District Judge

Date: 3/19/08

BY ORDER:

B. J. [signature]

Deputy Clerk

Date: 3/20/08