**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RAYMOND LYNCH,
Plaintiff,

v. C.A. No. 06-409T

CORRECTIONAL OFFICER PELLISSEY,
Defendants.

# JUDGMENT

[ ] **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

[ X ] **Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED:

Pursuant to the March 19th, 2008 Order of this Court granting Defendant Pellissey's Motion to Dismiss, judgment hereby enters for Defendant Pellissey and against Plaintiff Lynch.

Enter:

/s/Ryan H. Jackson

Deputy Clerk

Dated: March 20th, 2008