U.S. DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RAYMOND LYNCH :
v. : C.A. NO. 06-409T
C/O PELLISSEY :

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN THAT RAYMOND LYNCH, PLAINTIFF IN THE ABOVE NAMED CASE, HEREBY APPEALS TO THE U.S. COURT OF APPEALS FOR THE FIRST CIRCUIT FROM THE FINAL JUDGEMENT ENTERED IN THIS ACTION ON THE 19TH DAY OF MARCH, 2008, GRANTING DEFENDANT'S MOTION TO DISMISS.

MARCH 24, 2008

Raymond Lynch, PRO SE
RAYMOND LYNCH
BOX 8200
CRANSTON, R.I. 02920

## CERTIFICATION

PLAINTIFF HEREBY CERTIFIES THAT A COPY OF THIS NOTICE OF APPEAL WAS SENT TO PATRICIA COYNE-FAGUE, 40 HOWARD AVE, CRANSTON, R.I. 02920 ON THE ABOVE DATE.