UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

APPEAL COVER SHEET

1. CR06-409T

2. TITLE OF CASE: Raymond Lynch v. Correctional Officer Pellissey

3. NAME & ADDRESS OF COUNSEL FOR APPELLANT (S):

**Raymond Lynch**
P.O. Box 8200
Cranston, RI 02920
PRO SE

4. NAME & ADDRESS OF COUNSEL FOR APPELLEE(S):

**Patricia Anne Coyne-Fague**
Department of Corrections
40 Howard Avenue
Cranston, RI 02920

5. NAME OF JUDGE: **Ernest C. Torres**

6. COURT-APPOINTED COUNSEL YES__ NO_x_

7. FEE PAID YES__ NO_x_
RECEIPT#

8. IN FORMA PAUPERIS YES_x_ NO__

9. GUIDELINES CASE YES__ NO__

10. RELATED CASE ON APPEAL YES__ NO__
C.C.A. # (IF AVAILABLE)
DATE OF LAST N.O.F.A. FILED ___________

11. SPECIAL COMMENTS: Enclosed please find: Notice of Appeal; Certified Docket; Copy of Court file (Doc. #'s: 1-23)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

March 31, 2008

Richard Donovan
Clerk of Court
United States Court of Appeals
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

RE: **Raymond Lynch v. Correctional Officer Pellissey**
**CR06-409T**

Dear Mr. Donovan:

Enclosed herewith you will find the Notice of Appeal together with a certified copy of the docket sheet in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

Rana L. Smith
DEPUTY CLERK

ENC: Notice of Appeal, Certified Docket, Copy of Court file (Doc. #'s: 1-23)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

I, David A. DiMarzio, Clerk of the United States District court for the District of Rhode Island, do hereby certify that the foregoing contains all the original papers in the file dealing with the action or proceedings in which the appeal is taken and includes all the original papers as set forth in the Table of Contents herein.

Witness my hand and the Seal of said Court at Providence in said District, on the 31st day of March 2008.

David A. DiMarzio, CLERK

BY: *Rana L. Smith*
DEPUTY CLERK