Rhode Island Departement of Corrections

Inmate Account History

ID#: [redacted]

Name: LYNCH, RAYMOND W

Date of birth: 1956-[redacted]

Location: HS - F MOD - F07

| Balances as of 3/27/2008: | | | |
|---|---|---|---|
| Available | - Debt | + Encumbered | = Account Balance |
| 0.00 | -76.48 | 104.14 | 27.66 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/26/2006 | | TRANS ENCUMBERED/COURT | -25.00 | 31.24 | 0.00 | 264.14 |
| 9/26/2006 | CHECK TRANSFER | US DISTRICT CT/RAYMOND LYNCH #108359 | -25.00 | 6.24 | 0.00 | 264.14 |
| 11/14/2006 | EPR | OID:100614071-ComisaryPurch-Reg | -0.77 | 5.47 | 0.00 | 264.14 |
| 12/7/2006 | LEGAL COPY | LAW LIBRARY NOV 06 | 0.15 | 5.47 | 0.15 | 264.14 |
| 12/7/2006 | <LEGAL COPY> | LAW LIBRARY NOV 06 | -0.15 | 5.32 | 0.00 | 264.14 |
| 12/29/2006 | <MEDICAL> | VIS HSC 12-21-2006 | -3.00 | 2.32 | -3.00 | 264.14 |
| 12/29/2006 | MEDICAL | VIS HSC 12-21-2006 | 3.00 | 2.32 | 0.00 | 264.14 |
| 1/8/2007 | EPR | OID:100634683-ComisaryPurch-Reg | -1.28 | 1.04 | 0.00 | 264.14 |
| 2/2/2007 | <LEGAL COPY> | LAW LIBRARY JAN 07 | -0.25 | 0.79 | -0.25 | 264.14 |
| 2/2/2007 | LEGAL COPY | LAW LIBRARY JAN 07 | 0.25 | 0.79 | 0.00 | 264.14 |
| 2/20/2007 | EPR | OID:100650608-ComisaryPurch-Reg | -0.77 | 0.02 | 0.00 | 264.14 |
| 2/26/2007 | | TRANSFER INACTIVE | -160.00 | 160.02 | 0.00 | 104.14 |
| 2/26/2007 | CHECK TRANSFER | PROV SUP COURT/R. LYNCH 108359 | -160.00 | 0.02 | 0.00 | 104.14 |
| 3/23/2007 | MEDICAL | VIS HSC 03-08-2007 | 3.00 | 0.02 | 3.00 | 104.14 |
| 3/23/2007 | <MEDICAL> | VIS HSC 03-08-2007 | -0.02 | 0.00 | 2.98 | 104.14 |
| 4/16/2007 | LEGAL COPY | LEGAL COPIES JAN 07 HS | 0.15 | 0.00 | 3.13 | 104.14 |
| 5/18/2007 | MED COPY | MED COPIES 5/8/07 HS | 1.25 | 0.00 | 4.38 | 104.14 |
| 5/30/2007 | MEDICAL | VIS HSC 03-29-2007 | 3.00 | 0.00 | 7.38 | 104.14 |
| 7/9/2007 | MEDICAL | DENT HSC 06-27-2007 | 3.00 | 0.00 | 10.38 | 104.14 |
| 7/30/2007 | MEDICAL | EYE HSC 07-26-2007 | 6.00 | 0.00 | 16.38 | 104.14 |
| 8/20/2007 | FURLOUGH FEE | MEDFURL HS 08-01-2007 | 6.00 | 0.00 | 22.38 | 104.14 |
| 9/10/2007 | LEGAL COPY | LAW LIBRARY AUG 07 | 0.45 | 0.00 | 22.83 | 104.14 |
| 9/14/2007 | MEDICAL | EYE HSC 08-06-2007 | 15.00 | 0.00 | 37.83 | 104.14 |
| 10/2/2007 | LEGAL COPY | LAW LIBRARY | 0.10 | 0.00 | 37.93 | 104.14 |
| 10/5/2007 | FURLOUGH FEE | MEDFURL HS 09-25-2007 | 6.00 | 0.00 | 43.93 | 104.14 |
| 11/2/2007 | LEGAL COPY | LAW LIBRARY OCT 07 | 7.30 | 0.00 | 51.23 | 104.14 |
| 11/21/2007 | MEDICAL | MEDS HSC 11-04-2007 | 1.10 | 0.00 | 52.33 | 104.14 |
| 12/31/2007 | MED COPY | MED COPIES 12/11/07 HS | 35.10 | 0.00 | 87.43 | 104.14 |
| 1/3/2008 | LEGAL COPY | LEGAL COPIES DEC 07 HS | 0.15 | 0.00 | 87.58 | 104.14 |
| 1/3/2008 | LEGAL COPY | LAW LIBRARY DEC 07 | 7.45 | 0.00 | 95.03 | 104.14 |
| 2/13/2008 | LEGAL COPY | LAW LIBRARY JAN 08 | 6.75 | 0.00 | 101.78 | 104.14 |
| 3/25/2008 | MED COPY | MED COPIES 12/11/07 HS | 3.75 | 0.00 | 105.53 | 104.14 |
| 3/25/2008 | MED COPY | VOID-MED COPIES 12/11/07 HS-PER HCS | -35.10 | 0.00 | 70.43 | 104.14 |

Due to computer posting the 'Balances as of 3/27/2008' may not reflect all trransactions posted for this period. Carefully review the information on this statement. If you question or dispute any item you must submit a request form to the inmate accounts office within 30 days.

Rhode Island Departement of Corrections

Inmate Account History

ID#: [redacted]

Name: LYNCH, RAYMOND W

Date of birth: 1956-[redacted]

Location: HS - F MOD - F07

| Available | - Debt | + Encumbered | = Account Balance |
|---|---|---|---|
| Balances as of 3/27/2008: | | | |
| 0.00 | -76.48 | 104.14 | 27.66 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/25/2008 | LEGAL COPY | LAW LIBRARY FEB 08 | 6.05 | 0.00 | 76.48 | 104.14 |

Due to computer posting the 'Balances as of 3/27/2008' may not reflect all trransactions posted for this period. Carefully review the information on this statement. If you question or dispute any item you must submit a request form to the inmate accounts office within 30 days.