MM

COPY

2008 MAY 12 P 2:15

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

**UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**

John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
(617) 748-9057
www.ca1.uscourts.gov

## PRISONER LITIGATION REFORM ACT CONSENT FORM
(CONSENT TO COLLECTION OF FEES FROM INMATE TRUST ACCOUNT)

To be filed by: April 24, 2008

Re: Raymond Lynch v. Correctional Officer Pelissey

Appeal No.: 08-1423
D.C. No.: 1:06-cv-00409-T-JH

---

I, , ID No. , hereby give my consent that upon entry of a court order approving my application to proceed without prepayment of the appellate filing fee, the appropriate prison officials shall collect from my prison account, and pay to the appropriate district court, an initial payment of twenty percent of the **greater** of:

a. the average monthly deposits to my account for the six month period immediately preceding the filing of my notice of appeal; or

b. the average monthly balance in my account for the six month period immediately preceding the filing of my notice of appeal.

In satisfaction of the balance of the filing fee, I consent for the appropriate prison officials to collect from my account, on a monthly basis, an amount equal to twenty percent of the income credited to my account for the preceding month if the balance in the account for that month exceeds $10. The appropriate officer shall forward the interim payments to the U.S. District Court for the District of Rhode Island, One Exchange Terrace, Federal Building and Courthouse, Providence, RI 02903, until such time as the filing fee is paid in full.

Executed on the 7TH day of MAY, 2008.

[signature]
SIGNATURE OF APPELLANT

RAYMOND LYNCH
PRINT NAME

2008 MAY 12 P 2:15
FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

**UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**

John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
(617) 748-9057
www.ca1.uscourts.gov

**PRISONER TRUST ACCOUNT REPORT**

To be filed by: April 24, 2008

Re: Raymond Lynch v. Correctional Officer Pelissey

Appeal No.: 08-1423
D.C. No.: 1:06-cv-00409-T-JH

Name: Raymond W. Lynch ID No.: 108359

TO: Trust Officer
FROM: Clerk, U.S. Court of Appeals for the First Circuit

Under the Prisoner Litigation Reform Act, a prisoner appealing a civil judgment must obtain from the trust officer of each institution in which the prisoner was confined during the preceding six months a **certified copy** of the prisoner's trust account statement for the six month period prior to the filing of the appeal.

Please complete this form, attach the supporting ledger sheets, and return these documents to the prisoner for mailing to the court in advance of the due date shown at the top of the form.

DATE OF FILING notice of appeal: 03/28/2008

BALANCE at time of filing notice of appeal: $ 104.14

AVERAGE MONTHLY DEPOSITS during the six months prior to the filing of the notice of appeal: $ 0.00

AVERAGE MONTHLY BALANCE during the six months prior to the filing of the notice of appeal: $ 104.14

I certify that the above information accurately states the deposits and balances in applicant's trust account for the period shown. The attached ledger sheets for the six month period prior to March 28, 2008 are true copies of applicant's account records maintained in the

ordinary course of business.

Arthur D. Bedard / Business Mgmt. Officer

NAME AND TITLE

Inmate Accounts / 51 West Rd. / Cranston, RI 02920

ADDRESS

Arthur D. Bedard

AUTHORIZED SIGNATURE

28 Apr 2008

DATE

Form 1

# Inmate Statement
## Transactions between 9/28/2007 and 3/28/2008

Inmate ID: 108359
Name: LYNCH, RAYMOND
Status: Active

Block: HS
Tier: C MOD
Cell: C10B

| Date | Transaction | Description | Transaction Amount | Total Funds | Debt Balance | Encumbered Funds | Spending Balance |
|---|---|---|---|---|---|---|---|
| **09/28/2007** | **-** | **BEGINNING BALANCES** | **-** | **104.14** | **37.83** | **104.14** | **0.00** |
| 10/02/2007 | LEGAL COPY | LAW LIBRARY | 0.10 | 104.14 | 37.93 | 104.14 | 0.00 |
| 10/05/2007 | FURLOUGH FEE | MEDFURL HS 09-25-2007 | 6.00 | 104.14 | 43.93 | 104.14 | 0.00 |
| 11/02/2007 | LEGAL COPY | LAW LIBRARY OCT 07 | 7.30 | 104.14 | 51.23 | 104.14 | 0.00 |
| 11/21/2007 | MEDICAL | MEDS HSC 11-04-2007 | 1.10 | 104.14 | 52.33 | 104.14 | 0.00 |
| 12/31/2007 | MED COPY | MED COPIES 12/11/07 HS | 35.10 | 104.14 | 87.43 | 104.14 | 0.00 |
| 01/03/2008 | LEGAL COPY | LEGAL COPIES DEC 07 HS | 0.15 | 104.14 | 87.58 | 104.14 | 0.00 |
| 01/07/2008 | LEGAL COPY | LAW LIBRARY DEC 07 | 7.45 | 104.14 | 95.03 | 104.14 | 0.00 |
| 02/13/2008 | LEGAL COPY | LAW LIBRARY JAN 08 | 6.75 | 104.14 | 101.78 | 104.14 | 0.00 |
| 03/25/2008 | MED COPY | MED COPIES 12/11/07 HS | 3.75 | 104.14 | 105.53 | 104.14 | 0.00 |
| 03/25/2008 | MED COPY | VOID-MED COPIES 12/11/07 HS-PER HCS | -35.10 | 104.14 | 70.43 | 104.14 | 0.00 |
| 03/25/2008 | LEGAL COPY | LAW LIBRARY FEB 08 | 6.05 | 104.14 | 76.48 | 104.14 | 0.00 |

| FUNDS BALANCES ON 03/28/2008 | | | | | DEBT BALANCE ON 03/28/2008 |
|---|---|---|---|---|---|
| **Total Funds** | **-** | **Encumbered** | **=** | **Spending Balance** | |
| **$ 104.14** | | **$ 104.14** | | **$ 0.00** | **$ 76.48** |